JAMES RUSSELL, AKA JACKIE WILSON, APPELLANT, v.
THE STATE OF NEVADA, RESPONDENT.

No. 6902

February 2, 1973                           505 P.2d 599

*Morgan D. Harris,* Public Defender, Clark County, for
Appellant.

*Robert List,* Attorney General, of Carson City; *Roy A.
Woofter,* District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Appellant was tried before a jury and found guilty of burglary. NRS 205.160. On appeal, he contends the trial court erred in allowing certain testimony during redirect examination of a prosecution witness, and also that there was insufficient evidence to support his conviction.

In the instant case, the witness's identification of appellant was challenged on cross-examination, and he was allowed to substantiate his identification during redirect examination by noting certain distinguishing characteristics of the appellant. Such redirect examination was within permissible limits. NRS 50.115; cf. State v. Tranmer, 39 Nev. 142, 154 P. 80 (1915).

Review of the record reflects substantial evidence to support appellant's conviction.

Affirmed.